Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577

Attorney for Petitioner Wilmer Moreira-Proenza

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Wilmer Moreira-Proenza,

          Petitioner,

   v.

Chief Counsel for the District of Nevada
DHS, ICE, *et al.*,

          Respondents.

Case No. 2:26-cv-01089-GMN-BNW

**Stipulation to Extend Time to File Amended Petition (First Request)**

Petitioner Wilmer Moreira-Proenza and Respondents, Chief Counsel for the District of Nevada DHS ICE, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, or a motion to dismiss, moving the deadline to May 4, 2026.

This stipulation is warranted because counsel for Mr. Moreira-Proenza, despite efforts to schedule a visit, has not been able to meet with Mr. Moreira-Proenza.

Currently, the amended petition, or an indication that no amended petition is necessary, is due today on April 20, 2026. This is the first request for an extension of time for this deadline. *See* ECF Nos. 3 at 2; ECF No. 5.

On April 20, 2026, Mr. Fiedler conferred with counsel for Respondents, Civil Division Chief, Assistant United States Attorney Virginia Tomova. Ms. Tomova agreed to this stipulation.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Moreira-Proenza to file an amended petition, or indicate that an amended petition is unnecessary, to May 4, 2026; the parties further request that the Court move Respondents' deadline to respond to the amended petition to May 11, 2026.

Respectfully submitted this 20th day of April, 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney
Deputy Civil Chief

RENE L. VALLADARES
Federal Public Defender

/s/ *Randolph M. Fiedler*
Randolph M. Fiedler

Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATE DISTRICT JUDGE

DATED: ___April 20, 2026___